# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs,

v.

MAUI ONE EXCAVATING, INC., *et al.*,

    Defendants.

Case No. 2:12-CV-00338-KJD-RJJ

**ORDER**

    Plaintiffs' Complaint (#1) was filed February 29, 2012. Service of the summons and complaint was executed on all Defendants no later than March 12, 2012. On April 20, 2012, the Court granted (#11) a second stipulation for extension of time to answer the complaint. Defendants' answer was due no later than June 8, 2012. However, no action of record has been taken since that date. Therefore, the Court orders Plaintiffs to file a status report, motion for entry of default, or notice of voluntary dismissal no later than August 24, 2012.

**IT IS SO ORDERED.**

    DATED this 6th day of August 2012.

_____
Kent J. Dawson
United States District Judge