# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING
ENGINEERS PENSION TRUST, *et al.*,

    Plaintiffs,

v.

MAUI ONE EXCAVATING, INC., *et al.*,

    Defendants.

Case No. 2:12-CV-00338-KJD-RJJ

**ORDER**

On August 6, 2012, the Court ordered (#12) Plaintiffs to file a status report. On August 20, 2012, Plaintiffs filed the Status Report (#13) in accordance with the Court's order. Plaintiffs requested a ninety (90) day extension of time to allow for an audit, Defendant's answer, and settlement negotiations. Having read and considered the request and good cause being found the Court grants the extension. The parties shall file a Joint Status Report within ninety (90) days of the entry of this order.

**IT IS SO ORDERED**.

DATED this 21st day of August 2012.

Kent J. Dawson
United States District Judge