# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MAUI ONE EXCAVATING, INC., et al., <br><br> Defendants. | Case No. 2:12-cv-00338-KJD-NJK <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

On February 12, 2013, the Court issued an order to show cause why Gary Branton should not be sanctioned. *See* Docket No. 24. The Court has now received Mr. Branton's written response. Docket No. 25. The Court will not issue sanctions and hereby **DISCHARGES** the order to show cause. The Court expects Mr. Branton to fully comply with Court orders in the future.

IT IS SO ORDERED.

DATED this 13th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge