# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,

Plaintiffs,

vs.

MAUI ONE EXCAVATING, INC., et al.,

Defendants.

Case No. 2:12-cv-00338-KJD-NJK

ORDER SETTING THIRD HEARING ON MOTION TO WITHDRAW AS ATTORNEY (Docket No. 20)

This Court has previously scheduled two hearings on Gary Branton's motion to withdraw as Defendants' counsel. Because Mr. Branton and/or Defendants failed to appear at those previous hearings, the Court SCHEDULES the pending motion for a third hearing on March 11, 2013 at 9:30 a.m. in Courtroom 3A. Defendants Maui One Excavating, Inc., Paitaka Miyahira and Tasey Miyahira are hereby ordered to attend the hearing. Any new counsel retained to represent Defendants in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than February 28, 2013, Mr. Branton shall notify Defendants of this order that they appear and shall file a proof of service. With respect to Defendant Maui One Excavating, Inc., the Court wishes to highlight that it must retain counsel expeditiously as corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED:  February 26, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge